THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Leatherwood, Walker Todd & Mann, P.C.,       
Respondent,
 
 
 

v.

 
 
 
Denis OConnor, BBT Financial Services Limited, and Mont Clava Limited,       
Defendants,
Of Whom BBT Financial Services Limited, Third Party Plaintiff, and Denis 
 OConnor are        Appellants,
 
 
 

v.

 
 
 
James L. Rogers, Jr.,       
Respondent.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-075
Heard January 12, 2005  Filed January 
 31, 2005

DISMISSED

 
 
 
Desa A. Ballard, of West Columbia, for Appellants.
William A. Coates and Carroll H. Roe, Jr., of Greenville, 
 for Respondents.
 
 
 

PER CURIAM: Denis OConnor and BBT Financial 
 Services Limited (BBT) appeal from a protective order limiting Appellants 
 discovery requests to the time period Leatherwood, Walker, Todd & Mann, 
 P.C. (Leatherwood) represented the Appellants.  We dismiss.
FACTS
BBTs owner, Denis OConnor, 
 hired Leatherwood to assist in its purchase of a textile mill from Greenwood 
 Mills.  However, the sale fell through and BBT sued Greenwood Mills in federal 
 court.  Eventually, the case settled and Leatherwood formally terminated its 
 representation of OConnor.  Later, Leatherwood brought this action to collect 
 attorneys fees from OConnor and BBT (Appellants).  Appellants counterclaimed 
 for conversion, legal malpractice, and breach of fiduciary duty, and brought 
 a third party complaint against a specific Leatherwood attorney.  Appellants 
 claims concern the firms connection with a group of investors called Liberty 
 Denim who eventually leased the mill from its new owner and received an option 
 from the new owner to purchase a separate wastewater treatment facility.  This 
 appeal follows an order issued by the trial court limiting Appellants discovery 
 from third parties to the time period when Leatherwood represented BBT.                     
LAW/ ANALYSIS
Appellants claim the trial court erred 
 by making factual conclusions that were unrelated and inappropriate to a protection 
 motion, thereby quashing subpoenas seeking relevant information without proper 
 legal justification and resulting in summary judgment as to Appellants counterclaims 
 for malpractice and breach of fiduciary duty.  However, an order denying or 
 compelling discovery is not directly appealable because it is an intermediate 
 or interlocutory decision not appealable before final judgment under section 
 14-3-330 of the South Carolina Code (1977). Ex Parte Whetstone, 289 S.C. 
 580, 580, 347 S.E.2d 881, 881 (1986).
DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.